# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANA L. SIEMERS,<br><br>        Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation;<br><br>        Defendant. | 8:17CV360<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on November 8, 2017, letters (Filing No. 14 & Filing No. 15) were sent to the following attorneys from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

| | |
|---|---|
| M. Kelly Ledoux<br>HALL, EVANS LAW FIRM<br>1001 17th Street, Suite 300<br>Denver, CO 80202 | Cash K. Parker<br>HALL, EVANS LAW FIRM<br>1001 17th Street, Suite 300<br>Denver, CO 80202 |

**IT IS ORDERED** that on or before **December 11, 2017**, the attorneys listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in M. Kelly Ledoux and Cash K. Parker being removed as counsel of record.

**DATED** this 27th day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge