# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANA L. SIEMERS,<br><br>    Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation;<br><br>    Defendant. | **8:17CV360**<br><br>**ORDER** |

A telephone conference was held on May 4, 2018 regarding a discovery dispute. Following discussion with the parties,

**IT IS ORDERED** as follows:

1. Defendant shall respond to Plaintiff's Request for Production No. 14 on a system-wide basis, but the report requested in Request No. 14 shall be limited in scope to the same three codes Defendant used to characterize the circumstances of Plaintiff's injury. The information produced in response to Request for Production No. 14 may not, absent further Court order, be used in connection with any other lawsuit or litigation.

2. Upon Defendant's production of the information responsive to Request for Production No. 14, counsel shall meet and confer regarding 30(b)(6) depositions.

Dated this 4th day of May, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge