IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DANA L. SIEMERS, | |
|---|---|
| Plaintiff, | 8:17-CV-360 |
| vs. | |
| BSNF RAILWAY COMPANY, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The Stipulation for Dismissal of Plaintiff's Federal Safety Appliance Act Claim (filing 58) is approved.

2. The plaintiff's Federal Safety Appliance Act claim against defendant BSNF Railway Company is dismissed with prejudice.

Dated this 10th day of July, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge