IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DANA L. SIEMERS, | |
|---|---|
| Plaintiff, | 8:17CV360 |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware corporation; | ORDER |
| Defendant. | |

On May 4, 2018, this Court issued an order stating, in part, that information produced in response to Plaintiff's Request for Production No. 14 could not, absent further court order, be used in connection with any other lawsuit or litigation. (Filing No. 45.)

Plaintiff has now requested that the Court grant him leave to use a document produced by Defendant in response to Request for Production No. 14 in a case pending in the District Court of Lancaster County, Nebraska. The document at issue is an Employee Injury Report, which bears the bates number BNSF 001680. Defendant does not object to this request, but states that it does not admit or concede that the document is admissible in the Lancaster County case.

Having considered the matter,

**IT IS ORDERED** that the Employee Injury Report, bates numbered BNSF 001680, may be used in connection with the *Rohr* case pending in the District Court of Lancaster County, Nebraska.

Dated this 16th day of November, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge