IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANA L. SIEMERS,

          Plaintiff,

vs.

BNSF RAILWAY COMPANY,

          Defendant.

8:17-CV-360

ORDER

      This matter is before the Court on the plaintiff's objection (filing 160) to the Magistrate Judge's order (filing 155) compelling the plaintiff to produce to BNSF all records received in response to the plaintiff's subpoena to his cellular telephone carrier.

      A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). Having reviewed the record, the Court finds that the Magistrate Judge's order was neither clearly erroneous nor contrary to law. In fact, the Court concurs in the Magistrate Judge's factual findings, analysis, and conclusions of law in all respects.

      IT IS ORDERED:

      1.    The plaintiff's objection (filing 160) is overruled.

      2.    The Magistrate Judge's stay of her order (filing 162) is lifted.

Dated this 7th day of May, 2019.

                                      BY THE COURT:

                                      John M. Gerrard
                                      Chief United States District Judge