IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JUN -4 PM 2: 33

OFFICE OF THE CLERK

| | |
|---|---|
| DANA L. SIEMERS,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | 8:17-CV-360<br><br>VERDICT FORM |

**Question 1**: On plaintiff Dana Siemers' claim against defendant BNSF Railway, as explained in Instruction #10, we, the jury, find in favor of:

    \_\_\_\_ Dana Siemers
    _X_ BNSF Railway

(Mark an "X" in the appropriate space)

*Answer Questions 2 and 3 only if you find in favor of Siemers in Question 1. If you found in favor of BNSF, you have completed your deliberation.*

**Question 2**: We, the jury, assess Siemers' total damages, as explained in Instruction #12, at $ _____.

DO NOT REDUCE THIS AMOUNT BY THE PERCENTAGE OF NEGLIGENCE, IF ANY, YOU FIND IN THE NEXT QUESTION.

**Question 3**: What percentage, if any, do you find Siemers to have been negligent, as explained in Instruction #11?

    _____% negligent.

*If you do assess a percentage of negligence to Siemers, then write the percentage of negligence in the blank above. If you do not assess a percentage of negligence to Siemers, then write "0" (zero) in the blank above. The Court will then reduce the total damages you assess above by the percentage of negligence you assess to the plaintiff.*

## EXECUTION OF VERDICT FORM

The foreperson shall sign and date the verdict form, and such signature shall mean that the verdict of the jury was unanimous.

Dated this __4__ day of June, 2019.

                                                    _____
                                                    FOREPERSON